IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                             CASE NO. 1:03-cr-00046-MP

JESSIE HANNA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 149, Motion for Early Termination of Supervised Release, filed by Jessie Hanna.  Under 18 U.S.C. § 3583(e)(1),[1] the Court, after considering the statutory sentencing factors, may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release" if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  One year of defendant's supervised release expired in early April.  Additionally, the Court has conferred with the probation office, and the government does not object to the early termination.  The Court is satisfied that early termination is warranted by the conduct of the defendant and not contrary to the interest of justice.  Accordingly, the motion is granted and defendant is discharged from supervised release.

**DONE AND ORDERED** this  _25th_  day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

---

[1] The defendant moved for early termination under 18 U.S.C. § 3564(c), which relates to early termination of probation.  Ms. Hanna, who was sentenced to 15 months imprisonment, is currently on supervised release, not probation.  Thus, the Court will construe the motion as one brought under 18 U.S.C. § 3583(e), which relates to supervised release.